**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Miracle-Ear, Inc., et al.,** | ) | **CASE NO. 4:05 CV 1963** |
| | ) | |
| **Appellants,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **M.D. Consultants, Inc.,** | ) | **Judgment Entry** |
| | ) | |
| **Appellee.** | ) | |

This Court, having issued its Memorandum of Opinion and Order on the Notice of Appeal filed by Miracle-Ear, Inc., Giannetto Giannetti and Sears Roebuck and Company from the Judgment and Order of the Bankruptcy Court entered on August 1, 2005, and the Notice of Cross-Appeal of that decision filed by M.D. Consultants, Inc., hereby affirms that decision in all respects except for its finding concerning the accounts receivable.

IT IS SO ORDERED.

Dated: 2/14/06         /s/ Patricia A. Gaughan
                       PATRICIA A. GAUGHAN
                       United States District Judge